IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES LOCKARD, on behalf of himself And all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EYM KING OF KANSAS LLC, and EYM GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:17-cv-02181-JAR-JPO |

**CORRECTED MOTION OF DEFENDANTS EYM KING OF KANSAS LLC AND EYM GROUP, INC. TO COMPEL ARBITRATION AND TO STAY THIS ACTION**

Defendants EYM King of Kansas LLC and EYM Group, Inc. (collectively "EYM" or "Defendants") move the Court to compel arbitration pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, and to stay this action pending resolution of Plaintiff's claims in an arbitral forum. On September 24, 2016, Plaintiff signed an Arbitration Agreement with EYM which states, in relevant part:

> I recognize that disputes may arise between the Company (or one of its affiliates) and me during or after my employment with the Company. I understand and agree that **any and all such disputes . . . must be submitted to binding arbitration. This agreement to resolve claims by arbitration is mutually binding upon both me and the Company (and its affiliates) . . ..**

> \*\*\*\*\*

> Claims and disputes covered by this agreement include: All claim and disputes that I may now have or may in the future have against the Company and/or against its. . . officers . . . [and] employees . . . The types of claims covered by this Agreement include, but are not limited to, any and all: Claims for wages or other compensation; claims for breach of any contract, covenant, or warranty (express or implied). . ..

(*See* Arbitration Agreement attached to Memorandum in Support as Exhibit A to Declaration of Patricia Mendoza, Exhibit 1)  Plaintiff's current dispute – claims for alleged wage practice violations of the Fair Labor Standards Act – are expressly covered by the Arbitration Agreement. The claims asserted in the Complaint must proceed under the Arbitration Agreement and not in this Court.  In further support of this Motion, EYM is filing a Memorandum in Support, which is incorporated by reference.

WHEREFORE, Defendants EYM King of Kansas LLC and EYM Group, Inc. respectfully request that this Court compel Plaintiff to arbitrate the claims asserted in his Complaint consistent with his written agreement, and that the Court stay all further proceedings until the arbitration has been completed.

Respectfully submitted,

 /s/ *J. Randall Coffey*
J. Randall Coffey            D. Kan. 70141
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, MO  64112
TEL:  (816) 842-8770
FAX:  (816) 842-8767
Email:  rcoffey@fisherphillips.com

ATTORNEYS FOR DEFENDANTS
EYM KING OF KANSAS LLC, and
EYM GROUP, INC.

2

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, the above and foregoing document was filed and served via the Court's CM/ECF filing system to:

| | |
|---|---|
| Sean M. McGivern | A. Scott Waddell |
| Nathan R. Elliott | WADDELL LAW FIRM LLC |
| GRAYBILL & HAZELWOOD, LLC | 2600 Grand, Suite 580 |
| 218 N. Mosley Street | Kansas City, MO  64108 |
| Wichita, KS 67202 | TEL:  (816) 914-5365 |
| TEL:  (316) 266-4058 | FAX:  (816) 817-8500 |
| FAX:  (316) 462-5566 | Email:  scott@aswlawfirm.com |
| Email:  sean@graybillhazelwood.com | |
| Email:  nathan@graybillhazelwood.com | |

ATTORNEYS FOR PLAINTIFFS

    /s/ *J. Randall Coffey*
Attorney for Defendants

3